FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Eugene Reed Jr.  
    SSN/ITIN: xxx–xx–5292  
     Debtor

Bankruptcy Case No.:   08–40710–LMK

Chapter:  13  
Judge:  Lewis M. Killian Jr.

## *NOTICE OF TELEPHONIC HEARING*

    PLEASE TAKE NOTICE that a hearing will be held via Telephone Conference on February 1, 2010 at 02:30 PM Eastern Time to consider and act upon the following:

    **71** – Motion for Adequate Protection filed by Elwin R. Thrasher Jr. on behalf of American General Home Equity, Inc.. (Attachments: # (1) Exhibit Affidavit# (2) Exhibit Titles to mobile home# (3) Exhibit Memorandum# (4) Exhibit Mortgage# (5) Exhibit Note# (6) Exhibit Property valuation) (Thrasher, Elwin)

    Please Note: All hearings are non–evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

    It is the Movant's responsibility to set up the conference call. All hearings set for telephone conference are Eastern Time and to be placed to (850) 521–5031.

Dated: January 19, 2010

William W. Blevins , Clerk of Court  
110 East Park Avenue  
Suite 100  
Tallahassee, FL 32301

Service to:  
    All parties in interest